**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| JOHN DOE, | : |
|                 Plaintiff, | : |
| | : |
|      v. | :    No. 5:20-cv-4545 |
| | : |
| GUESS, INC. GUESS? RETAIL, INC., | : |
| and GUESS FACTORY, | : |
|                 Defendants. | : |

_____

**O R D E R**

**AND NOW**, this 6th day of October, 2020, upon consideration of Plaintiff's motion to proceed anonymously in this matter, *see* ECF No. 2, and for the reasons set forth in the Opinion issued this date; **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed anonymously, ECF No. 2, is **DENIED.**

2. Plaintiff shall file an unredacted version of the Complaint in this matter within seven (7) days of today's date.  Defendants shall respond to the unredacted Complaint by November 16, 2020.

3. Once the unredacted Complaint is filed, the Clerk's Office shall update the docket with the appropriate information.

                                            BY THE COURT:

                                            */s/ Joseph F. Leeson, Jr.*_____
                                            JOSEPH F. LEESON, JR.
                                            United States District Judge