**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| BRYAN BENEDICT, | : | |
|             Plaintiff, | : | |
|  | : | |
|       v. | : | No. 5:20-cv-4545 |
|  | : | |
| GUESS, INC. GUESS? RETAIL, INC., | : | |
| and GUESS FACTORY, | : | |
|             Defendants. | : | |

**O R D E R**

**AND NOW**, this 5th day of January, 2021, upon consideration of Defendants' motion to dismiss Plaintiff's Complaint and to compel arbitration, *see* ECF No. 10, which motion is based upon the existence of an enforceable arbitration agreement, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion, ECF No. 10, is **GRANTED.**

2. Plaintiff's Complaint, ECF No. 1, is **DISMISSED, with prejudice.**

3. This matter shall proceed forthwith to arbitration in accordance with the terms of the arbitration agreement—*i.e.*, arbitration "conducted before a single neutral arbitrator selected by the parties in the county in which the dispute arose and . . . conducted in accordance with the JAMS Employment Arbitration Rules . . . ." ECF No. 10-2 at 2 of 3.

4. This case is **CLOSED.**

                                                    BY THE COURT:

                                                    */s/ Joseph F. Leeson, Jr.*
                                                    JOSEPH F. LEESON, JR.
                                                    United States District Judge